**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-7334**

_____

BOBBY L. INGRAM,

            Plaintiff - Appellant,

      v.

MILDRED L. RIVERA, Warden; LARRY WHITMAN, AW(P); D. PHILLIP,
MD; T. MIDDLETON, Mid-Level Provider; E. REED, MD Medical
Officer; J. GLENN,

            Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  David C. Norton, District Judge.
(9:12-cv-02407-DCN)

_____

Submitted:  January 21, 2014        Decided:  January 23, 2014

_____

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Bobby L. Ingram, Appellant Pro Se.  Marshall Prince, II,
Assistant United States Attorney, Columbia, South Carolina, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bobby L. Ingram appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Ingram v. Rivera, No. 9:12-cv-02407-DCN (D.S.C. July 31, 2013). We deny Ingram's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED